IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 16-00418 DKW-KJM |
| Plaintiff, | | |
| vs. | | |
| SHAUN CHING, | | |
| Defendant. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 24, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting [14] Plaintiff State Farm Fire And Casualty Company's Motion for Default Judgment or, in the Alternative, for Summary Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



Derrick K. Watson
United States District Judge